UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

PHH MORTGAGE CORPORATION,                        :
                                                 :
                             Plaintiff,           :
                                                 :                26-cv-1050 (LJL)
            -v-                                   :
                                                 :                ORDER
SHIRLEY CLAYTON, et al.,                          :
                                                 :
                             Defendants.          :
                                                 :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court held an initial conference in this matter today, May 6, 2026.  As indicated on

the record at the conference:

    Plaintiff shall move for default judgment by May 29, 2026.  Plaintiff shall serve its

motion papers on Defendants, indicating a return date for answering papers of June 19, 2026.

Plaintiff shall also serve this Order on Defendants and file proof of service on the docket by May

8, 2026.

    A telephonic hearing on the motion is scheduled for June 26, 2026, at 11:00 AM.  Parties

are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID#

358639322.

    SO ORDERED.

Dated: May 6, 2026
       New York, New York                    _____
                                                  LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/6/2026