UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
    :

PHH MORTGAGE CORPORATION,    :
    :
        Plaintiff,    :
    :    26-cv-1050 (LJL)
    -v-    :
    :    <u>ORDER</u>
SHIRLEY CLAYTON, et al.,    :
    :
        Defendants.    :
    :
--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/26/2026

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing today on Plaintiff's pending motion for a default judgment.  *See* Dkt. No. 55.  Plaintiff was present at the conference.  The granddaughter of Defendant Shirley Clayton was also in attendance.  At the hearing, Plaintiff reported it has sent Shirley Clayton and Karl Clayton a loss mitigation package with information regarding a possible resolution of this lawsuit without further litigation.  The following documents the rulings at the hearing:

In view of the appearance of Shirley Clayton's granddaughter at the hearing and the report that Shirley Clayton is not currently able to defend herself, the hearing on the motion for default judgment is adjourned to September 28, 2026, at 11:00 AM.  Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.  Defendants have until September 18, 2026, to file papers in response to the motion for a default judgment.  Plaintiff has until September 25, 2026, to reply.

Defendants Shirley Clayton and Karl Clayton may defend in person or through counsel. To the extent any Defendant is incompetent or unable to represent him or herself, it is possible that he or she may be able to appear and defend thorough a guardian, committee, conservator, or a similar fiduciary.  Fed. R. Civ. P. 17(c); *see Doe v.* Hochul, 139 F.th 165, 177 (2d Cir. 2025).

The Court requests notice to the extent that Shirley Clayton is incompetent and unable to represent herself so that the Court may consider whether to appoint Defendant's granddaughter or another person as guardian to represent her.

Defendants are advised that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases.  The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and it therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit).  Litigants in need of legal assistance should complete the City Bar Justice Center's intake form to make an appointment.  If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).  In-person appointments in the Thurgood Marshall Courthouse are available Monday through Thursday, 10:00 AM to 4:00 PM. Appointments are also available remotely Monday through Friday, 10:00 A.M. to 4:00 P.M. Defendants may choose to show this Order and/or the motion for a default judgment to the representatives of the Pro Se Law Clinic.

The Clerk of Court is respectfully directed to mail to Shirley Clayton and Karl Clayton this Order and the informational package sent to unrepresented litigants in civil cases at the following address: Shirley and Karl Clayton, 811 East 230th Street, Bronx, New York 10466.

SO ORDERED.

Dated: June 26, 2026
     New York, New York

                                LEWIS J. LIMAN
                            United States District Judge