USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 09/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

Plaintiff,

-v-

SHIRLEY CLAYTON, et al.,

Defendants.

26-cv-1050 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing today on Plaintiff's pending motion for a default judgment. *See* Dkt. No. 55. Plaintiff was present at the conference. Sheba Greenwood, the granddaughter of Defendant Shirley Clayton, was also in attendance. At the hearing, Ms. Greenwood reported the recent passing of Defendant Shirley Clayton. This Order memorializes the rulings made at the hearing:

The hearing on the motion for default judgment is adjourned *sine die*. The Court will hold a telephonic status conference on November 18, 2026 at 12:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. Counsel for Plaintiff is directed to file a letter with the Court by no later than November 11, 2026 indicating the status of the matter. Counsel for Plaintiff is further directed to transmit a copy of this Order to Ms. Greenwood using whatever means through which they have communicated and to file proof of such service on the docket.

SO ORDERED.

Dated: September 28, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge